# EXHIBIT I



1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721

T +1.310.788.9900
F +1.310.788.3399
PerkinsCoie.com

Mark Birnbaum
PHONE: (310) 788-3228
FAX:    (310) 843-1243
EMAIL: MBirnbaum@perkinscoie.com

December 7, 2022

**VIA EMAIL AND FEDERAL EXPRESS**

Aron Puretz
2365 Nostrand Ave.
Brooklyn, NY 11210
Email: aron@pfholdingsllc.com

**Re:   That certain loan ("Loan") evidenced, in part, by that certain Loan Agreement dated May 28, 2019 (the "Loan Agreement") executed by and between Apex Sierra Hermosa TX LP, LLC, a Texas limited partnership ("Borrower") and The Bancorp Bank ("Original Lender"), and that certain Promissory Note dated May 28, 2019 (the "Note") executed by Borrower in favor of Original Lender in the original principal sum of $7,099,600 which is secured, in part, by that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement, and Fixture Filing dated May 28, 2019 (the "Deed of Trust") executed by Borrower, as trustor, for the benefit of Original Lender, as beneficiary, relating to that certain property more particularly described therein (the "Property")**

Dear Guarantor:

This firm represents Wilmington Trust, National Association, as Trustee for the registered holders of The Bancorp Commercial Mortgage 2019-CRE6 Trust, Commercial Mortgage Pass-Through Certificates (the "Trust").  The Trust is the current lender under the Loan Agreement, owner of the Note, beneficiary under the Deed of Trust, and owner of all of the other documents which evidence, secure, or relate to the Loan (collectively, the "Loan Documents").  CWCapital Asset Management LLC ("CWCAM") is the special servicer of the Loan for the Trust.  Unless otherwise indicated, all capitalized terms shall have the meanings set forth in the Loan Agreement.

Reference is hereby made to that certain Guaranty of Recourse Obligations dated May 28, 2019 (the "Guaranty") executed by Aron Puretz in favor of Original Lender (the "Guaranty"). Pursuant to Section 2(a) of the Guaranty, Guarantor guaranteed to pay to the Trust the "Guaranteed Obligations".  Pursuant to Section 1(b) of the Guaranty, the Guaranteed Obligations means the payment of the Debt upon the occurrence of a Springing Recourse Event.  On or about

159366057.1

Page 2

November 1, 2022, Borrower filed a voluntary petition for Chapter 11 relief in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Petition"). The Borrower's filing of the Bankruptcy Petition constitutes the occurrence of a Springing Recourse Event.

Accordingly, Guarantor is now liable for the payment of the Debt in full and demand is hereby made upon Guarantor for payment of the Debt in full. If you would like the amounts to pay the Debt in full, please contact Mr. Alex Killick of CWCAM or the undersigned. Mr. Killick may be reached via email at AKILLICK@CWCAPITAL.COM. If you do not pay the Debt in full within five (5) days of this letter, the Trust plans to exercise its rights and remedies under the Guaranty, at law and in equity, including, without limitation, filing suit against Guarantor.

The Trust retains all of its rights and remedies against Guarantor, including, without limitation, under the Guaranty as well as pursuant to that certain Guaranty of Completion dated May 28, 2019 executed by Guarantor in favor of the Original Lender.

If you have any questions or comments regarding the foregoing, please do not hesitate to contact the undersigned.

Very truly yours,

Mark Birnbaum

cc:   Alex Killick (via email)
      Sunnie Catlin (via email)
      Jonathan Hardin, Esq. (via email)
      Chaim C. Zlotowitz, Esq. (via email and federal express)

159366057.1